

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00083-CV

Mike and Geri **JONES**,
Appellants

v.

Robert and Patricia **ZEARFOSS**,
Appellees

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 12-00986-CV-A
Honorable W.C. Kirkendall, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. It is ORDERED that appellees Robert and Patricia Zearfoss recover their costs of this appeal from appellants Mike and Geri Jones.

SIGNED January 7, 2015.

_____
Patricia O. Alvarez, Justice